CRIMINAL DOCKET U.S. District Court

| PO | District | Off | Judge/Magistr. | Assigned | Disp./Sentence | | Last, First, Middle | Case Filed Mo Day Yr | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|
| Felony [X] | 0313 | 2 | 1343MK | | WRIT / JUVENILE / ALIAS / OFFENSE ON INDEX CARD | VS. | JS-3 7/89 MACENTEE, EDWARD a/k/a "Troy", Ed Troy | 11 29 88 | 00514 | 01 |

No. of Def's: 07 — U.S. MAG CASE NO. 88-3021-M

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to Manufacture and Distribute Methamphetamine, a schedule II non-narcotic controlled substance. Ct. 1 | 1 |
| 21:841(a)(1) | Distribution of Methamphetamine. Cts. 3, 24 | 2 |
| 21:841(a)(1) | Possession of Methamphetamine with intent to distribute. Cts. Cts. 5,6,7,8,9,10,12,13,14,16,17,18,19,21,23 | 15 |
| 21:841(a)(1) | Possession of P2P with intent to Manufacture or Distribute, a schedule II non-narcotic controlled substance. Cts. 13, 20 | 2 |
| 21:841(a)(1) | Manufacture of Methamphetamine. Ct. 22 | 1 |
| 21:846 | Attempt to posses Methamphetamine with intent to distribute. Ct. 25 | 1 |

CHARGES CONTINUED ON FOLLOWING PAGE.

DISM. / NG — GUILTY / NOLO — SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE: EARLIEST OF (arrest / sum'ns / custody / appears on complaint)

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE: 11-30-88 APPLICABLE — [X] Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver

KEY DATE — a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Ind / Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO — KEY DATE: APPLICABLE — Dismissal; Pled guilty / Nolo (After N.G. / After nolo); Trial (voir dire) began: Jury / N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds / W.P. / WOP / on def motion / on gov't motion |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO. |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | 10/20/88 | EEN/13AC |
| COMPLAINT | | 10/20/88 | EEN/13AC |

INITIAL APPEARANCE DATE: 11/9/88 — INITIAL/NO.: EEN/13AC

PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled: — Date Held: — ☐ WAIVED ☐ NOT WAIVED — ☐ INTERVENING INDICTMENT — Tape Number:

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest: — OFFENSE (In Complaint): 21 U.S.C. § 846 - Conspiracy to distribute methamphetamine

Show last names and suffix numbers of other defendants on same indictment/information:

RULE: 20 / 21 / 40 / In / Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U.S. Attorney or Asst.

Joseph Minni, Esq., AUSA

Robert E. Goldman, AUSA ~~JUDY GOLDSTEIN SMITH, AUSA~~

Defense: 1 ☐ CJA. 2 ☐ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD. 7 ☐ CD

Joseph Gontram, Esquire
1420 Walnut Street
Philadelphia, Pa., 19103
(215) 546-5565

Edward MacEntee, p.p. (114)
128 Hunt Drive
Horsham, Pa. 19044

William T. Cannon, Esq. (7) (CJA)
~~1234 Market St., Suite 1980~~ 12 S. 12th St.
~~Phila., PA. 19107~~ 2540 PSFS Bldg. 19107

Edward MacEntee, p.p. (120)
2880 Thunderhead Rd.
Roslyn, Pa. 19001

F. Emmett Fitzpatrick, Esq. ✓
926 Public Ledger Bldg.
Phila. PA. 19106

Stephen Smith, Esq.
226 E. Water St.
Lock Haven, Pa. 17745

BAIL • RELEASE

PRE INDICTMENT

Release Date: — Bail Denied — Fugitive — Pers. Rec. — [X] PSA

AMOUNT SET $ 533,00 — Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / [X] Other R.E.

Date Set 11/10 — ☐ Bail Not Made — Date Bond Made

POST-INDICTMENT

Release Date: — Bail Denied — Fugitive — Pers. Rec. — PSA

AMOUNT SET $ — Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other

Date Set — ☐ Bail Not Made — Date Bond Made

APPEALS FEE PAYMENTS

Docket Entries Begin On Reverse Side

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| DATE / DOCUMENT NO | | 88 00514 01 — MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT — PAGE ___ OF ___ — V. PROCEEDINGS | V. EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| 1988 | | (OPTIONAL) Show last names of defendants | | | |
| Oct. 20 | | Affidavit of Special Agent James McAleer, FBI, filed. | | | |
| Oct. 20 | | ORDER DTD. 10/20/88 THAT THE COMPLAINT AND WARRANT ARE IMPOUNDED, UPON EXECUTION AND RETURN OF THE COMPLAINT AND WARRANT SHALL BE UNIMPOUNDED; THE AFFIDAVIT ATTACHED SHALL REMAIN IMPOUNDED UNTIL FURTHER ORDER OF THE COURT, FILED. WFH<br>10/20/88 entered. | | | |
| Oct. 25 | | ORDER DTD. 10/25/88 THAT THE AFFIDAVIT FILED IN SUPPORT OF THE COMPLAINT AND WARRANT IN THE ABOVE CAPTIONED MATTER BE AND HEREBY IS UNIMPOUNDED, FILED. TGL<br>10/26/88 entered and copies mailed. | | | |
| Nov. 7 | | Record received from District of Arizona, filed. | | | |
| 11/9/88 | | INITIAL APPEARANCE: atty, J. Gontram, retained and present; Bail: Govt. mot. for pretrial detention entered; witnesses sworn; agreement as to bail between defense attorney; and AUSA B. GOLDMAN; bail: Real Estate in the amt. of $ 553, 000; various residences to be posted; Order w/conditions to be filed; EEN | | | |
| 11/14/88 | | Bail status sheet dtd. 11/9/88 setting bail in the sum of $553,000-real estate, filed. | | | |
| 11/14/88 | | Bond dtd. 11/10/88 in the sum of $553,000-real estate, filed. | | | |
| 11/14/88 | | MOTION AND ORDER DTD. 11/10/88 THAT THE EIGHTEEN (18) DAY PERIOD OF DELAY SHALL BE EXCLUDED IN COMPUTING THE TIME WITHIN WHCIH AN INDICTMENT MUST BE FILED;A CONTINUANCE OF EIGHTEEN (18) DAYS, UNTIL DEC. 8, 1988, OF THE TIME WITHIN WHICH AN INIDCTMENT MUST BE FILED IN THIS CASE IS GRANTED, FILED. EEN<br>11/15/88 entered & copies mailed. | | | |
| 11/14/88 | | GOVT'S MOTION FOR PRETRIAL DETENTION, MEMORANDUM OF LAW, CERTIFICATE OF SERVICE, FILED. | | | |
| 11/14/88 | | ORDER DTD. 11/14/88 THAT THE DEFENDANT SHALL BE CONFINED TO THE RESIDENCE OF HIS DAUGHTER CHARLOTTED MULLEN, 2880 THUNDERHEAD ROAD, ROSLYN, PA, 190001, ETC., FILED. EEN<br>11/15/88 entered & copies mailed. | | | |
| 11/17/88 | | ORDER DTD. 11/15/88 THAT THE OFFENSE SET FORTH IN THE COMPLAINT WITH SUPPORTING AFFIDAVIT INDICATING THAT THE ABOVE-CAPTIONED DEFT. WAS INVOLVED IN ITS COMMISSION HAS BEEN COMMITTED, FILED. EEN<br>11/18/88 entered & copies mailed. | | | |
| 1988 | | | | | |
| 1 Nov. | 29 | True Bill. | | | |
| 2 " | 29 | Records transferred from Mag. 88-3021-M to this case, filed. | | | |
| -- " | 29 | Bond dated 11/10/88 in the sum of $553,000 - Real Estate surety, filed. | | | |
| 3 " | 29 | MOTION & ORDER THAT THE DOCKET PAPERS ARE IMPOUNDED FOR A PERIOD NOT TO EXCEED 15 DAYS, ETC., FILED. TGL<br>11/29/88 entered. | | | |
| 4 " | 30 | Letter Unimpounding Indictment, filed. | | | |

(CONT)

CONTINUED TO PAGE ___

AO 256A

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

U. S. vs MAC ENTEE, EDWARD

| Yr. | Docket No. | Def. |
|---|---|---|
| 88 | 00514 | 01 |

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 1988 | | | | | | |
| Dec 22 | 5 | PLEA: NOT GUILTY TO CTS. 1,3,24,5,6,7,8,9,10,12,14,16,17,18,19 21,23,13,20,22,25,26,27,28,29,30; Deft. allowed 15 days to file motions; Trial set for 2/7/89 at 10:00 A.M., filed. | PBS | | | |
| " 22 | 6 | Appearance of Joseph Gontram, Esq. as counsel for Deft., filed. | | | | |
| 1989 | | | | | | |
| Jan. 18 | 7 | Copy of appointment of and authority to pay court appointed counsel pursuant to CJA 20, filed. | | | | |
| " 23 | 8 | GOVT'S MOTION TO ADMIT TAPE RECORDINGS, MEMORANDUM, CERT. OF SERVICE, FILED. | | | | |
| " 25 | 9 | ORDER DATED 1/24/89 THAT EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING OF THE GOVT'S MOTION TO ADMIT TAPE RECORDINGS, FILED. 1/25/89 entered & copies mailed. | CLK | | | |
| " 25 | 10 | GOVT'S MOTION TO REINSTATE BAIL CONDITIONS IMPOSED ON 11/14/88, CERTIFICATE OF SERVICE, FILED. | | | | |
| " 26 | 11 | DEFT'S MOTION FOR CONTINUATION OF SCHEDULED TRIAL DATE, MEMO., CERT. OF SERVICE, FILED. | | | | |
| " 27 | 12 | Govt's response to deft's motion for continuation of scheduled trial date, cert. of service, filed. | | | | |
| " 31 | (10) | ORDER DATED 1/30/89 THAT THE BAIL CONDITIONS ENTERED IN AN ORDER DATED 11/14/88 ARE REINSTATED, FILED. 1/31/89 entered & copies mailed. | MK | | | |
| Feb. 1 | 13 | Deft's answer to Govt's motion to reinstate Bail conditions, Cert. of Service, filed. | | | | |
| " 1 | 14 | ORDER THAT THE TRIAL DATE IS CONTINUED TO 3/13/89 AT 10:00 A.M. IN COURTROOM 12-B, etc., filed. 2/2/89 entered & copies mailed. | MK | | | |
| " 1 | 15 | ORDER THAT DECISION OF THE GOVT'S MOTION TO ADMIT TAPE RECORDINGS SHALL BE DEFERRED UNTIL THE FIRST DAY OF TRIAL, ETC., FILED. 2/2/89 entered & copies mailed. | MK | | | |
| " 7 | 16 | DEFT'S MOTION TO BAR ADMISSION OF TAPE-RECORDED CONVERSATIONS, MEMORANDUM, CERT. OF SERVICE, FILED. | | | | |
| " 7 | 17 | DEFT'S MOTION FOR PRODUCTION OF ALL EVIDENCE FAVORABLE TO THE ACCUSED, MEMORANDUM, CERT. OF SERVICE, FILED. | | | | |
| " 7 | 18 | DEFT'S MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS, CERT. OF SERVICE, FILED. | | | | |
| " 10 | 19 | ORDER THAT DEFT'S MOTION FOR PRODUCTION OF ALL EVIDENCE FAVORABLE TO THE ACCUSED IS DENIED, ETC., FILED. 2/13/89 entered & copies mailed. | MK | | | |
| " 10 | 20 | ORDER THAT EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING OF DEFT'S MOTION TO BAR ADMISSION OF TAPE-RECORDED CONVERSATIONS, MOTION FOR PRODUCTION OF ALL EVIDENCE FAVORABLE TO THE ACCUSED, AND MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS, FILED. 2/13/89 entered & copies mailed. | MK | | | |
| " 10 | 21 | Govt's response to deft's motion for production of evidence favorable to the accused, Memorandum, Cert. of Service, filed. | | | | |
| " 13 | 22 | Govt's response to deft's motion for leave to file additional motions, cert. of service, filed. | | | | |

OVER

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE 1989 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 23 Feb. 14 | ORDER THAT DEFT'S MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS IS GRANTED, FILED. 2/14/89 entered & copies mailed. | MK | | | |
| 24 " 14 | ORDER THAT ALL PARTIES SHALL COMPLY WITH THE COURT'S ORDER OF 2/1/89, FILED. 2/14/89 entered & copies mailed. | MK | | | |
| 25 " 16 | ORDER THAT ALL PARTIES SHALL FILE ONE COPY OF RECORD AND THREE COURTESY COPIES OF PROPOSED NUMBERED POINTS FOR CHARGE AND PROPOSED VOIR DIRE QUESTIONS BY 3/8/89, ETC., FILED. 2/16/89 entered & copies mailed. | MK | | | |
| 26 " 28 | Deft's requested points for charge, cert. of service, filed. | | | | |
| 27 " 28 | Deft's proposed voir dire questions, cert. of service, filed. | | | | |
| 28 Mar. 2 | DEFT'S MOTION TO REINSTATE BAIL CONDITIONS, CERT. OF SERVICE, FILED. | | | | |
| 29 " 3 | ORDER THAT EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING OF DEFT'S MOTION TO REINSTATE BAIL CONDITIONS, ETC., FILED. 3/6/89 entered & copies mailed. | CLK | | | |
| 30 " 7 | Govt's reply to deft's motion to reinstate bail conditions, memorandum, cert. of service, filed. | | | | |
| 31 " 8 | ORDER THAT DEFT. WAREHAM'S MOTION FOR CONTINUANCE IS GRANTED AND TRIAL SHALL BE CONTINUED AND SPECIALLY LISTED FOR 4/17/89 AT 10:00 A.M., ETC., FILED. 3/9/89 entered & copies mailed.. | MK | | | |
| 32 " 9 | ORDER THAT THE CASE IS SPECIALLY LISTED FOR A CRIMINAL TRIAL TO COMMENCE ON 4/17/89 AT 10:00A.M. IN COURTROOM 13B, FILED. 3/10/89 entered. | CLK | | | |
| 33 " 10 | Answer of Edward MacEntee to Deft. Wareham's motion for a continuance, cert. of service, filed. | | | | |
| 34 " 17 | HEARING OF 3/17/89 RE: Deft's Motion to Reinstate Bail Conditions - C.A.V., filed. | MK | | | |
| 35 " 17 | ORDER THAT DEFT'S MOTION TO REINSTATE BAIL CONDITIONS IS DENIED, FILED. 3/20/89 ENTERED AND COPIES MAILED. | MK | | | |
| 36 Apr. 12 | Transcript of 11/9/88, filed. | | | | |
| 37 " 12 | Transcript of 11/10/88, filed. | | | | |
| 38 " 14 | GOVT'S MOTION FOR CONTINUANCE AND EXCLUSION OF TIME PURSUANT TO 18:3161(h)(3)(A), (h)(4), (h)(7), AND (h)(8)(A), CERTIFICATE OF SERVICE, FILED. | | | | |
| 39 " 17 | Hearing re: Defts' motion for continuance - Granted, filed. | | | | |
| 40 " 17 | ORDER THAT THE TRIAL ORIGINALLY SCHEDULED FOR 4/17/89 SHALL BE CONTINUED PURSUANT TO 18:3161(h)(3)(A), ETC., FILED. 4/17/89 entered & copies mailed. | MK | | | |
| 41 " 17 | ORDER THAT THE CASE IS SPECIALLY LISTED FOR TRIAL ON 5/22/89 AT 10:00 A.M. IN COURTROOM 13-B, FILED. 4/17/89 entered. | CLK | | | |
| -- " 26 | Tape of Hearing of 3/17/89, filed. (CR Tape # 254) | | | | |
| 42 May 16 | GOVT'S MOTION IN LIMINE RE: POLYGRAPH EVIDENCE, MEMORANDUM, CERT. OF SERVICE, FILED. | | | | |
| 43 " 19 | Deft's Answer to Govt's Motion in limine re: Polygraph evidence, memorandum, cert. of service, filed. | | | | |
| | CONTINUED... | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

U. S. vs MACENTEE, EDWARD
a/k/a Troy, Ed Troy

| Yr. | Docket No. | Def. |
|---|---|---|
| 88 | 00514 | 01 |

| DATE 1989 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 44 May 22 | Deft's waiver of presence of court stenographer at drawing of jury panel members, filed. | | | | |
| 45 " 22 | Govt's Trial Memorandum, filed. | | | | |
| 46 " 22 | Govt's proposed jury instructions, filed. | | | | |
| 47 " 22 | Govt's supplemental jury instructions, filed. | | | | |
| 48 " 22 | Govt's requested questions for voir dire, filed. | | | | |
| 49 " 23 | Hearing of 5/22/89 re: Pending motions, no basis for severance or continuance, No redaction of Indictment, Motion in Limine re: Polygraph Evidence - Deferred, filed. | | | | |
| 50 " 23 | JURY TRIAL OF 5/22/89 re: Voir Dire, Jurors Called & Sworn, witnesses called and sworn, filed. | | | | |
| 51 " 24 | Trial of 5/23/89 resumes, filed. | | | | |
| 52 " 24 | Transcript of 3/17/89, filed. | | | | |
| 53 " 25 | Trial of 5/24/89 resumes, filed. | | | | |
| 54 " 30 | MEMORANDUM AND ORDER KATZ, J., THAT GOVT'S MOTION IN LIMINE RE POLYGRAPH EVIDENCE IS GRANTED, COUNSEL MAY NOT REFER TO ANY POLYGRAPH EVIDENCE, FILED. 5/30/89 entered & copies mailed. | MK | | | |
| 55 " 30 | Trial of 5/25/89 resumes re: Macentee moves for mistrial - Denied, filed. | | | | |
| 56 " 30 | Trial of 5/26/89 resumes, filed. | | | | |
| 57 " 31 | Trial of 5/30/89 resumes, filed. | | | | |
| 58 " 31 | Affidavit of Robert E. Goldman, AUSA and James T. McAleer, Special Agent F.B.I. re: Pre-Polygraph examination interview, filed. | | | | |
| 59 Jun. 1 | Trial of 5/31/89 resumes re: Motions for directed Verdict - Denied, filed. | | | | |
| 60 " 2 | Trial of 6/1/89 resumes, filed. | | | | |
| 61 " 2 | Deft's supplemental points for charge, cert. of service, filed. | | | | |
| 62 Jun. 5 | Trial of 6/2/89 resumes re: Motions for Directed Verdict - Denied, filed. | | | | |
| 63 " 6 | Trial of 6/5/89 resumes, filed. | | | | |
| 64 " 7 | Trial of 6/6/89 resumes re: Jury returns a verdict; VERDICT: GUILTY TO CTS. 1, 3 thru 10,12,13,14,16,17 thru 26, 28,29,30, Bail Revoked, Presentence reports ordered, sentence set for 7/14/89 at 9:30 a.m., filed. | | | | |
| 65 " 7 | Verdict Sheet, filed. | | | | |
| 66 " 7 | ORDER DATED 6/6/89 THAT DEFT. MACENTEE SHALL BE DETAINED PENDING SENTENCE, ETC., FILED. 6/7/89 entered & copies mailed. | MK | | | |
| 67 " 7 | Forfeiture Hearing re: Deft's motion to reconsider committment order - Denied, Deft. to forfeit 1986 Lincoln Towncar, Deft. does not have to forfeit the Home in Arizona, Court allows deft. to have medication, filed. | | | | |
| 68 " 7 | Verdict Sheet re: Forfeiture, filed. | | | | |
| 69 " 16 | Letter acknowledging return of Govt's Exhibits on 6/15/89, filed. | | | | |
| 70 " 19 | ORDER THAT THE ATTACHED LETTER SHALL BE FILED BY THE CLERK AND THE CLERK SHALL SEND A COPY TO DEFT'S COUNSEL AND THE GOVT., FILED. MK 6/20/89 entered & copies maield. | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

OVER

| DATE 1989 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| (70) Jun. 19 | Letter dated 5/22/89 from Edward MacEntee to Judg Katz re: request for a New trial, filed. | | | | |
| 71 " 28 | Copy of authorization and voucher for expert and other services, filed. | | | | |
| 72 Jul. 12 | Govt's Sentencing Memorandum, filed. | | | | |
| 73 " 14 | ORDER THAT THE DEFT. IS AUTHORIZED ACCESS TO THE MEDICATION BUTIBEL ELIZIL UPON PRESCRIPTION AND SUCH ELIXIR WILL ACCOMPANY THE DEFT. UPON TRANSPORTATION FROM ONE FACILITY TO ANOTHER, FILED. 7/17/89 entered & copies mailed. | | MK | | |
| 74 " 14 | Transcript of 6/5/89, filed. | | | | |
| 75 " 17 | Deft's Notice of Appeal, Certificate, filed. (USCA 89-1603) (copies to: R. Goldman, AUSA, AUSA, Pre-Trial, Judge Katz, D. Spitz) | | | | |
| 76 " 17 | Copy of Clerk's Notice to USCA, filed. | | | | |
| 77 Jul. 18 | SENTENCE OF 7/14/89:<br>Cts. 1,25,26 - Impr. 10 yrs., Supv. release of 5 yrs. on ct. 25.<br>Cts. 3-10,12,13,14,16,17,18,19 - Impr. 5 yrs. and Supv..release of 5 yrs. to run concurrent.<br>Cts. 20,21,22,23,24 - Impr. 10 yrs., supv. release of 5 yrs. to run concurrent.<br>Cts. 28,29,30 - Impr. 3 yrs. to run concurrently, fine in the sum of $200,000 and special Assessment of $450.00, filed. | | | | |
| 78 " 18 | JUDGMENT AND COMMITMENT ORDER DATED 7/14/89, FILED. 7/19/89 entered. | MK | | | |
| 79 " 19 | Transcript of 6/5/89 and 6/6/89, filed. | | | | |
| 80 " 24 | GOVT'S MOTION FOR REIMBURSEMENT OF LEGAL FEES, MEMO, CERT. OF SERVICE, FILED. | | | | |
| 81 Aug. 2 | Copy of Transcript Purchase Order, filed. | | | | |
| 82 " 3 | Transcript of 5/22/89, filed. | | | | |
| 83 " 3 | Transcript of 5/23/89, filed. | | | | |
| 84 " 3 | Transcript of 5/24/89, filed. | | | | |
| 85 " 3 | Transcript of 5/25/89, filed. | | | | |
| 86 " 3 | Transcript of 5/26/89, filed. | | | | |
| 87 " 3 | Transcript of 5/30/89, filed. | | | | |
| 88 " 3 | Transcript of 5/31/89, filed. | | | | |
| 89 " 3 | Transcript of 6/1/89, filed. | | | | |
| 90 " 3 | Transcript of 6/2/89, filed. | | | | |
| 91 " 3 | Transcript of 6/2/89 re: "Speeches", filed. | | | | |
| -- " 3 | RECORD COMPLETE FOR PURPOSES OF APPEAL. | | | | |
| 92 " 14 | ORDER THAT UPON CONSIDERATION OF THE ATTACHED LETTER, THE COURT WILL NOT INTERVENE WITH THE BUREAU OF PRISONS, FILED. (letter attached) 8/14/89 entered & copies mailed. | | | | MK |
| 93 Sep. 7 | Transcript of 7/14/89, filed. | | | | |
| 94 " 7 | Transcript of 6/6/89, filed. | | | | |
| 95 " 7 | Transcript of 6/7/89, filed. | | | | |
| -- " 28 | Tape of hearing 7/14/89, filed. (C.R. Tape #293) | | | | |
| 96 Oct. 2 | Deft's response to Govt's Motion for reimbursement of Legal fees, memorandum, cert. of service, filed. | | | | |

CONTINUED...

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs MAC ENTEE, EDWARD

AO 256A

| Yr. | Docket No. | Def. |
|---|---|---|
| 88 | 00514 | 01 |

| DATE 1989 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| (80) Oct. 3 | ORDER THAT DEFT. PAY REIMBURSEMENT TO THE GOVT. IN THE AMOUNT OF 12,665.78 FOR LEGAL REPRESENTATION PROVIDED BY COURT APPOINTED COUNSEL TO THE EXTENT OF HIS FINANCIAL ABILITY, FILED. 10/4/89 entered & copies mailed. | | MK | | |
| 1990 | | | | | |
| 97 Apr. 27 | Certified copy of Order from USCA that the Judgment of the District Court entered 7/14/89 is affirmed, filed. | | | | |
| 98 Jul. 12 | DEFT'S MOTION FOR REDUCTION OF SENTENCE UNDER RULE 35, CERT. OF SERVICE, FILED. | | | | |
| 99 " 13 | ORDER THAT DEFT'S MOTION FOR REDUCTION OF SENTENCE UNDER RULE 35 IS DENIED, FILED. 7/16/90 entered & copies mailed. | MK | | | |
| 1991 | | | | | |
| 100 Apr. 2 | GOVT'S PETITION FOR DISPOSITION OF FIREARM, MEMORANDUM, CERT. OF SERVICE, FILED. | | | | |
| (100) " 22 | ORDER THAT THE SMITH AND WESSON .38 SPECIAL HANDGUN SEIZED FROM DEFT. BE DELIVERED TO THE F.B.I. FOR ITS USE OR FOR ANY OTHER DISPOSITION IN ITS DISCRETION, FILED. 4/22/91 entered & copies mailed. | MK | | | |
| 101 Sep. 27 | ORDER THAT THE COURT IS NOT IN A POSITION TO PROVIDE AN ATTORNEY OR GRAND JURY TESTIMONY TO MR. & MRS. MACENTEE BASE UPON THE LETTER OF 9/26/91, HOWEVER DEFT. IS ENTITLED TO FILE A SECTION 2255 MOTION, FILED. 9/30/91 entered & copies mailed. | MK | | | |
| 102 Oct 12 | ORDER THAT THE ATTACHED LETTER SHALL BE FILED BY THE CLERK AND COPIES FURNISHED TO COUNSEL FOR THE GOVT. AND DEFT., FILED. | MK | | | |
| (102) " 12 | Letter dated 10/1/93 to Judge Katz from Charlotte Mac Entee re: request that the house arrest time served be considered when evaluating release date, filed. | | | | |
| 1994 | | | | | |
| 103 Apr 19 | ORDER THAT THE ATTACHED LETTER SHALL BE FILED BY THE CLERK AND COPIES FURNISHED TO COUNSEL FOR THE GOVT. AND DEFT., FILED. 4/20/94 ENTERED AND COPIES MAILED. | MK | | | |
| (103) " 19 | Letter dated 4/8/94 to Judge Katz from Charlotte Mac Entee re: request that house arrest time served be considered when evaluating release date, filed. | | | | |
| 104 Jul 11 | DEFT'S PRO SE MOTION UNDER 28:2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE, MEMORANDUM OF LAW, FILED. | | | | |
| 105 Jul 13 | ORDER DATED 7/13/94 THAT THE GOVT. SHALL RESPOND TO MOVANT'S MOTION UNDER 28:2255 WITHIN 60 DAYS, FILED. 7/14/94 ENTERED AND COPIES MAILED. | MK | | | |
| 106 Sept 9 | Govt's Reply to Deft's Motion under 28:2255, Memorandum, Certificate of Service, | | | | |

( O V E R )

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1994 | | | | | |
| 107 Sept. 13 | ORDER DATED 9/13/94 THAT A HEARING ON MOVANT'S MOTION UNDER 28:2255 IS SCHEDULED FOR 10/24/94 AT 9:30 A.M.; FURTHER ORDERED THAT THE PARTIES FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW BY 10/7/94, FILED.<br>9/14/94 ENTERED AND COPIES MAILED. | MK | | | |
| 108 " 27 | ORDER DATED 9/27/94 THAT A HEARING ON DEFT'S 2255 MOTION IS RE-SCHEDULED TO 11/17/94 AT 2:00 P.M. IN COURTROOM 13-B, FILED.<br>9/28/94 ENTERED AND COPIES MAILED. | MK-CLK | | | |
| 109 Oct. 7 | Govt's Memorandum in support of its reply to deft's motion under 28:2255, Cert. of Service, filed. | | | | |
| 110 Nov 2 | ORDER DATED 11/2/94 THAT THE EVIDENTIARY HEARING ON DEFT'S 2255 MOTION IS RESCHEDULED TO 12/7/94 AT 2:00 P.M. IN COURT-ROOM 13-B BEFORE JUDGE KATZ, FILED.<br>11/2/94 ENTERED AND COPIES MAILED. | MK-CLK | | | |
| 111 " 3 | DEFT'S NUNC PRO TUNC MOTION, CERTIFICATE OF SERVICE, FILED. | | | | |
| 112 " 3 | ORDER DATED 11/3/94 GRANTING DEFT'S NUNC PRO TUNC MOTION. DEFT. SHALL FILE HIS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW ON OR BEFORE 11/4/94.THE EVIDENTIARY HEARING ON DEFT'S 2255 MOTION IS SCHEDULED FOR 12/7/94 AT 2:00 P.M., FILED.<br>11/4/94 ENTERED AND COPIES MAILED. | MK | | | |
| 113 " 7 | Deft's Proposed Findings of Fact, Conclusions of Law and Memorandum of Law, filed. | | | | |
| 114 " 23 | ORDER DATED 11/23/94 THAT THE ATTACHED LETTER SHALL BE FILED BY THE CLERK AND COPIES SENT TO THE ATTORNEYS, FILED.<br>11/25/94 ENTERED AND COPIES MAILED. | MK | | | |
| (114) " 23 | Letter to Judge Katz from Edward MacEntee re: request for sworn testimony that had been given before the Grand Jury that indicted him, filed. | | | | |
| 115 " 23 | ORDER DATED 11/23/94 THAT THE WARDEN OF COMMUNITY CORRECTIONAL OFFICE AND THE U.S. MARSHAL PRODUCE EDWARD MACENTEE, #09079-016 ON 12/7/94 AT 2:00 P.M. TO APPEAR FOR EVIDENTIARY HEARING IN COURTROOM 13-B, FILED.<br>11/25/94 ENTERED. | MK | | | |
| 116 Dec 7 | EVIDENTIARY HEARING OF 12/7/94 RE: 2255 PETITION: --C.A.V., filed. | MK | | | |
| 117 " 7 | Deft's Memorandum of Law re: ineffective assistance of counsel, filed. | | | | |
| 118 " 8 | ORDER DATED 12/8/94 THAT DEFT'S MOTION UNDER 28:2255 IS DENIED, FILED.<br>12/8/94 ENTERED AND COPIES MAILED. | MK | | | |

( C O N T )

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 88-514-01 |
|---|---|---|
| | MAC ENTEE, EDWARD | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1995 | | | |
| 119 Jan | 3 | ORDER DATED 1/3/95 THAT THE ATTACHED LETTER, TOGETHER WITH ITS ENCLOSURES, SHALL BE FILED BY THE CLERK ABD COPIES FORWARDED TO COUNSEL FOR THE GOVT. AND DEFT., FILED. 1/3/95 ENTERED AND COPIES MAILED. | |
| (119) " | 3 | Letter to Judge Katz from Edward MacEntee re: Hearing of 12/7/94 on 2255 Motion, filed. | |
| 120 Feb | 17 | ORDER DATED 2/17/95 THAT THE ATTACHED LETTER SHALL BE FILED BY THE CLERK WITH COPIES SENT TO BOTH SIDES, FILED. 2/17/95 ENTERED AND COPIES MAILED. | MK |
| (120) " | 17 | Letter dated 2/14/95 to Judge Katz from Edward Mac Entee re: request for copies of sworn testimony given before the federal grand jury, filed. | |
| 2000 | | | |
| 121 Aug | 4 | REPORT OF PROBATION OFFICER AND ORDER DATED 8/3/00 THAT THE SPECIAL PAROLE TERM IMPOSED BY THE COURT ON 7/14/89, BE TERMINATED AND THAT THE BALANCE OF DEFT'S FINE BE REMITTED, FILED. 8/21/00 ENTERED. | MK |
| 2002 | | | |
| 122 May | 14 | EX PARTE MOTION OF THE UNITED STATES OF AMERICA TO REMIT CRIMINAL FINE, FILED. | |
| 123 " | 17 | ORDER DATED 5/17/02, GRANTING THE EX PARTE MOTION OF USA TO REMIT CRIMINAL FINE. THE BALANCE OF THE CRIMINAL FINE IMPOSED AGAINST DEFT., PLUS INTEREST AND PENALTIES, IF APPLICABLE, IS VACATED AND REMITTED, FILED. 5/17/02 ENTERED AND COPIES MAILED. | MK |

SCANNED

CRIMINAL DOCKET U.S. District Court

PO ☐ 0313 | 2 | 1343MK (Assigned / Disp./Sentence)
Misd. ☐
Felony ☒ District | Off | Judge/Magistr.

WRIT / JUVENILE / ALIAS / OFFENSE ON INDEX CARD

U.S. vs. (LAST, FIRST, MIDDLE)
FEHR, EARL
a/k/a Shakey Earl
JS-3 7/89

Case Filed (Mo. Day Yr.): 11 29 88
Docket No.: 00514 | Def.: 02
No. of Def's: 07 | U.S. MAG CASE NO.

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to Manufacture and Distribute Methamphetamine, a schedule II non-narcotic controlled substance. Ct. 1 | 1 |
| 21:841(a)(1) | Possession of Methamphetamine, with intent to distribute. Cts. 2,6,10,11 | 4 |
| 18:2 | Aiding and Abetting.Cts. 6, 10 | 2 |

DISM. NG | GUILTY NOLO

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE / EARLIEST OF: arrest, sum'ns, custody, appears–on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE APPLICABLE: 11-30-88
☒ Indictment filed/unsealed
consent to Magr. trial on complaint
Information
Felony-W/waiver

KEY DATE: a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Ind Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE: Dismissal; Pled guilty / Nolo; After N.G. / After nolo; Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO. |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | | |

INITIAL APPEARANCE DATE ▶ | INITIAL/NO.
PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING — Date Scheduled ▶ / Date Held ▶
☐ WAIVED ☐ NOT WAIVED | Tape Number
☐ INTERVENING INDICTMENT

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest | OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information:

RULE 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U. S. Attorney or Asst.

Robert E. Goldman, AUSA

Defense: 1 ☐ CJA. 2 ☒ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD. 7 ☐ CD

Thomas Moore, Esq. (CJA)(6)
805, 1315 Walnut St.
Phila., PA. 19107

SCANNED

BAIL • RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep., Surety Bnd, Collateral, 3rd Prty, Other; Date Set; ☐ Bail Not Made; Date Bond Made

POST-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep., Surety Bnd, Collateral, 3rd Prty, Other; Date Set; ☐ Bail Not Made; Date Bond Made

APPEALS FEE PAYMENTS

Docket Entries Begin On Reverse Side

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

DATE / DOCUMENT NO: 88 00514 02

MASTER DOCKET · MULTIPLE DEFENDANT CASE PAGE ___ OF ___

PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| Doc. No. / Date | Day | Proceedings | Excludable Delay (Start Date / End Date) | Ltr Code | Total Days |
|---|---|---|---|---|---|
| 1988 | | | | | |
| -- Nov. | 29 | True Bill. | | | |
| 1 " | 29 | MOTION AND ORDER FOR BENCH WARRANT, FILED. Warrant Exit. No Bail Entered. | TGL | | |
| -- " | 29 | MOTION & ORDER THAT THE DOCKET PAPERS ARE IMPOUNDED FOR A PERIOD NOT TO EXCEED 15 DAYS, ETC., FILED. 11/29/88 entered. | TGL | | |
| -- " | 30 | Letter Unimpounding Indictment, filed. | | | |
| 1989 | | | | | |
| 2 Jan. | 12 | REPORT OF SPEEDY TRIAL ACT DELAY RE: DEFT. IS A FUGITIVE, FILED. 1/13/89 entered & copies mailed. | CLK | | |
| 3 " | 17 | Warrant returned "executed 1/12/89", filed. | | | |
| 4 " | 17 | Bail Status Sheet dated 1/12/89 re: Deft. temporarily detained; PLEA: NOT GUILTY TO CTS. 1,2,6 & 11, filed. | | | |
| 5 " | 17 | ORDER DATED 1/12/89 THAT A DETENTION HEARING IS SET FOR 1/17/89 AT 1:30 PM , FILED. 1/18/89 entered. | RAP | | |
| 6 " | 23 | Copy of appointment of and authority to pay court appointed counsel pursuant to CJA 20, filed. | | | |
| -- " | 23 | GOVT'S MOTION TO ADMIT TAPE RECORDINGS, MEMORANDUM, CERT. OF SERVICE, FILED. (88-514-01) | | | |
| 7 " | 24 | Appearance of Thomas W. Moore, Esq., filed. | | | |
| 8 " | 24 | Bail Status Sheet dated 1/23/89 re: Deft. detained pending Trial, filed. | PBS | | |
| 9 " | 24 | MOTION & ORDER DATED 1/23/89 THAT DEFT. BE COMMITTED TO THE CUSTODY OF THE ATTORNEY GENERAL FOR CONFINEMENT IN A CORRECTIONS FACILITY SEPARATE FROM PERSONS AWAITING OR SERVING SENTENCES OR BEING HELD IN CUSTODY PENDING APPEAL, ETC., FILED. 1/24/89 entered & copies mailed. | PBS | | |
| -- " | 25 | ORDER DATED 1/24/89 THAT EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING OF GOVT'S MOTION TO ADMIT TAPE RECORDINGS, FILED. 1/25/89 entered & copies mailed. | CLK (88 | 514 | 01) |
| -- Mar. | 8 | ORDER THAT DEFT. WAREHAM'S MTOION FOR CONTINUANCE IS GRANTED AND TRIAL SHALL BE CONTINUED AND SPECIALLY LISTED FOR 4/17/89 AT 10:00 A.M., ETC., FILED. (88-514-01) 3/9/89 entered & copies mailed. | MK | | |
| 10 " | 9 | Deft's reply to co-deft. Wareham's motion for continuance, cert. of service, filed. | | | |
| -- " | 9 | ORDER THAT THE CASE IS SPECIALLY LISTED FOR A CRIMINAL TRIAL TO COMMENCE ON 4/17/89 AT 10:00 A.M. IN COURTROOM 13B, FILED. 3/10/89 entered. (88-514-01) | CLK | | |
| -- Apr | 14 | GOVT'S MOTION FOR CONTINUANCE AND EXCLUSION OF TIME PURSUANT TO 18:3161(h)(3)(A), (h)(4), (h)(7) AND (h)(8)(A), CERTIFICATE OF SERVICE, FILED. (88-514-01) | | | |
| -- " | 17 | Hearing re: Defts' motion for continuance - Granted, filed. (88 | 514 | 01) | |
| -- " | 17 | ORDER THAT THE TRIAL ORIGINALLY SCHEDULED FOR 4/17/89 SHALL BE CONTINUED PURSUANT TO 18:3161(h)(3)(A), ETC., FILED. (88-514-01) 4/17/89 entered & copies mailed. | | | |
| -- " | 17 | ORDER THAT THE CASE IS SPECIALLY LISTED FOR TRIAL ON 5/22/89 AT 10:00 AM. IN COURTROOM 13-B, FILED. (88-514-01) 4/17/89 entered. | CLK | | |
| 11 " | 26 | Govt's change of plea memorandum, cert. of service, filed. | | | |
| 12 " | 27 | CHANGE OF PLEA OF 4/26/89: GUILTY TO CTS. 1,2,6, Presentence report ordered, sentence fixed for 6/9/89 at 9:30 a.m., filed. | | | |
| 13 " | 27 | Plea Agreement, filed. | | | |

CONTINUED...

CONTINUED TO PAGE ___

AO 256A
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

U. S. vs FEHR, EARL
a/k/a Shakey Earl

| Yr. | Docket No. | Def. |
|---|---|---|
| 88 | 00514 | 02 |

| DATE 1989 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| -- May 22 | Govt's Trial Memorandum, filed. (88-514-01) | | | | |
| -- " 22 | Govt's proposed jury instructions, filed. (88-514-01) | | | | |
| -- " 22 | Govt's supplemental jury instructions, filed. (88-514-01) | | | | |
| -- " 22 | Govt's requested questions for voir dire, filed. (88-514-01) | | | | |
| -- Jun 16 | Letter Acknowledging return of Govt's Exhibits on 6/15/89, filed. (88-514-01) | | | | |
| -- Jul. 5 | Tape of hearing of 4/26/89, filed. (C.R. Tape # 264) | | | | |
| -- " 12 | Govt's Sentencing Memorandum, filed. (88-514-01) | | | | |
| -- " 18 | SENTENCE OF 7/14/89: Cts. 2 & 6 - Impr. 2 yrs., Special Parole of 15 yrs.. Ct. 1 - ISS - Prob. 5 yrs. with conditions, filed. (88-514-01) | | | | |
| 14 " 18 | JUDGMENT AND COMMITMENT ORDER DATED 7/14/89, FILED. 7/19/89 entered. | MK | | | |
| 15 " 20 | GOVT'S MOTION TO DISMISS COUNTS OF INDICTMENT, FILED. | | | | |
| (15) " 24 | ORDER DISMISSING CTS. 10 & 11, FILED. 7/25/89 ENTERED AND COPIES MAILED. | MK | | | |
| - - SEP 28 | Tape of hearing, 7/14/89, filed. (C.R. Tape #293) | | | | |
| 16 Nov. 6 | ORDER DATED 11/6/89 THAT THE ATTACHED LETTER IS TREATED AS A MOTION FOR RECONSIDERATION OF SENTENCE AND IS DENIED, FILED. 11/7/89 entered & copies mailed. | MK | | | |
| (16) " 6 | Letter dated 9/30/89 from Deft. to Judge Katz re: MOTION FOR RECONSIDERATION OF SENTENCE, filed. | | | | |

| Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|

CRIMINAL DOCKET U.S. District Court

| PO / Misd. / Felony ☒ | District 0313 | Off 2 | Assigned Judge/Magistr. 1343MK | | WARE HAM, WILLIS a/k/a "the Boxer" JS-3 7/89 | Case Filed Mo. 11 Day 29 Yr. 88 | Docket No. 00514 | Def. 03 |
|---|---|---|---|---|---|---|---|---|
| | | | | WRIT / JUVENILE / ALIAS / OFFENSE ON INDEX CARD | VS. | No. of Def's 07 | U.S. MAG. CASE NO. | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to Manufacture and Distribute Methamphetamine, a schedule II non-narcotic controlled substance. Ct. 1 | 1 |
| 21:841(a)(1) | Possession of Methamphetamine, with intent to distribute. Cts. 4,5 | 2 |
| 18:2 | Aiding and Abetting. Ct. 5 | 1 |

DISM. NG | GUILTY NOLO

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: arrest / sum'ns / custody / appears - on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE APPLICABLE: 11-30-88

☒ Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver

KEY DATE — a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Indt Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE — Dismissal; Pled guilty; Nolo; After N.G.; After nolo; Trial (voir dire) began; Jury; N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds W.P. WOP on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant | Issued | | | INITIAL APPEARANCE DATE | | DISMISSED |
| | Return | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons | Issued | | | Date Held | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| | Served | | | | | |
| Arrest Warrant Issued | | | | WAIVED / NOT WAIVED | Tape Number | |
| COMPLAINT | | | | INTERVENING INDICTMENT | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U. S. Attorney or Asst.

Robert E. Goldman, AUSA

Defense: 1 ☒ CJA. 2 ☒ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD. 7 ☐ CD

Louis Lipschitz, Esq. (5) (CJA) (19)
1104 Robinson Bldg.
42 S. 15th St.
Phila., PA. 19102

Willis Wareham, #10174-050
~~Box 1500 - LA~~
~~El Reno, OK 73036~~
Box 8000
Bradford, PA. 16701

F. Kirk Adams, Esq. (33)
8th West Front Street
Media, PA. 19063

BAIL • RELEASE

PRE INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep.; Surety Bnd; Collateral; 3rd Prty; Other; Date Set; Bail Not Made; Date Bond Made

POST - INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep.; Surety Bnd; Collateral; 3rd Prty; Other; Date Set; Bail Not Made; Date Bond Made

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

DATE | DOCUMENT NO. 88 00514 03 | MASTER DOCKET · MULTIPLE DEFENDANT CASE | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | VI. EXCLUDABLE DELAY (Start Date / End Date, Ltr. Code, Total Days)

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| 1988 | | | |
|---|---|---|---|
| -- Nov. | 29 | True Bill. | |
| 1 " | 29 | MOTION & ORDER FOR BENCH WARRANT, FILED. Warrant Exit. No Bail Entered. | TGL |
| -- " | 29 | MOTION & ORDER THAT THE DOCKET PAPERS ARE IMPOUNDED FOR A PERIOD NOT TO EXCEED 15 DAYS, ETC., FILED. 11/29/88 entered. | TGL |
| -- " | 30 | Letter Unimpounding Indictment, filed. | |
| 1989 | | | |
| 2 Jan. | 12 | REPORT OF SPEEDY TRIAL ACT DELAY DATED 1/10/89 RE: DEFT. IS A FUGITIVE, FILED. 1/13/89 entered & copies mailed. | CLK |
| 3 Feb. | 7 | Warrant returned "executed 2/1/89", filed. | |
| 4 " | 7 | PLEA OF 2/3/89: NOT GUILTY TO CTS. 1,4,5, filed. | |
| 5 " | 7 | Appearance of Louis Lipschitz, Esq., filed. | |
| 6 " | 8 | ORDER THAT THE WARDEN OF PHILA. DETENTION CENTER AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 2/9/89 AT 1:30 P.M. , FILED. 2/9/89 entered. | WFH |
| 7 " | 8 | ORDER THAT THE WARDEN OF PHILA. DETENTION CENTER AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 2/10/89 AT 1:30 P.M. FOR PRE-TRIAL DETENTION HEARING, FILED. 2/9/89 entered. | WFH |
| 8 " | 13 | Records received from USDC for the District of New Jersey, filed. | |
| 9 " | 21 | ORDER THAT THE DEFT. BE COMMITTED TO THE CUSTODY OF THE ATTORNEY GENERAL FOR CONFINEMENT IN A CORRECTIONS FACILITY SEPARATE FROM PERSONS AWAITING OR SERVING SENTENCES OR BEING HELD IN CUSTODY PENDING APPEAL, ETC., FILED. 2/22/89 entered & copies mailed. | WFH |
| 10 Mar. | 3 | Deft's proposed voir dire questions, cert. of service, filed. | |
| 11 " | 3 | DEFT'S MOTION FOR CONTINUANCE, CERT. OF SERVICE, FILED. | |
| 12 " | 3 | ORDER THAT EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING OF DEFT'S MOTION FOR CONTINUANCE, FILED. 3/6/89 entered & copies mailed. | CLK |
| 13 " | 6 | Govt's reply to deft's motion for continuance, cert. of service, filed. | |
| -- " | 8 | ORDER THAT DEFT. WAREHAM'S MOTION FOR CONTINUANCE IS GRANTED AND TRIAL SHALL BE CONTINUED AND SPECIALLY LISTED FOR 4/17/89 AT 10:00 A.M., ETC., FILED. (88-514-01) 3/9/89 entered & copies mailed. | MK |
| -- " | 9 | ORDER THAT THE CASE IS SPECIALLY LISTED FOR A CRIMINAL TRIAL TO COMMENCE ON 4/17/89 AT 10:00 A.M. IN COURTROOM 13B, FILED. 3/10/89 entered. (88-514-01) | CLK |
| -- Apr | 14 | GOVT'S MOTION FOR CONTINUANCE AND EXCLUSION OF TIME PURSUANT TO 18:3161(h)(A)(3), (h)(4), (h)(7) AND (h)(8)(A), CERTIFICATE OF SERVICE, FILED. (88-514-01) | |
| -- " | 17 | Hearing re: Defts' motion for continuance - Granted, filed. (88-514-01) | |
| -- " | 17 | ORDER THAT THE TRIAL ORIGINALLY SCHEDULED FOR 4/17/89 SHALL BE CONTINUED PURSUANT TO 18:3161(h)(3)(A), ETC., FILED. (88-514-01) 4/17/89 entered & copies mailed. | MK |
| -- " | 17 | ORDER THAT THE CASE IS SPECIALLY LISTED FOR TRIAL ON 5/22/89 AT 10:00 A.M. IN COURTROOM 13-B, FILED. (88-514-01) 4/17/89 entered. | CLK |
| 14 " | 18 | DEFT'S MOTION TO DISMISS COUNT 1 & 4 AND CORRESPONDING OVERT ACT 39, MEMORANDUM, CERT. OF SERVICE, FILED. | |

CONTINUED...

CONTINUED TO PAGE ___

| DATE 1989 | | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|---|
| 15 | Apr. | 19 | Govt's response to deft's motion to dismiss counts 1 & 4 of the Indictment, memorandum, cert. of service, filed. | | | | |
| 16 | " | 20 | ORDER DATED 4/19/89 THAT THE DEFT'S MOTION TO DISMISS COUNTS 1 AND 4 OF THE INDICTMENT IS DENIED, ETC., FILED. 4/20/89 entered & copies mailed. | MK | | | |
| 17 | May | 3 | ORDER THAT THE ATTACHED LETTER FROM MR. WAREHAM, THE COURT RECOMMENDS THAT DEFT. BE TRANSFERRED TO THE BUCKS COUNTY PRISON, IF POSSIBLE OR IT NOT, TO ANOTHER FACILITY CLOSE TO PHILA. UNTIL HIS TRIAL SET FOR 5/22/89, FILED. 5/3/89 entered & copies mailed. | MK | | | |
| -- | May | 16 | GOVT'S MOTION IN LIMINE RE: POLYGRAPH EVIDENCE, MEMORANDUM, CERT. OF SERVICE, FILED. (88-514-01) | | | | |
| 18 | " | 18 | Deft's answer to Govt's Motion to limit polygraph Evidence, filed. | | | | |
| -- | " | 22 | Deft's waiver of presence of court stenographer at drawing of jury panel members, filed. (88-514-01) | | | | |
| -- | " | 22 | Govt's Trial Memorandum, filed. (88-514-01) | | | | |
| -- | " | 22 | Govt's proposed jury instructions, filed. (88-514-01) | | | | |
| -- | " | 22 | Govt's supplemental Jury instructions, filed. (88-514-01) | | | | |
| -- | " | 22 | Govt's requested questions for voir dire, filed. (88-514-01) | | | | |
| -- | " | 23 | Hearing of 5/22/89 re: Pending Motions, No basis for severance or continuance, No redaction of Indictment, Motion in Limine re: Polygraph Evidence - Deferred, filed. (88-514-01) | | | | |
| -- | " | 23 | JURY TRIAL OF 5/22/89 re: Voir Dire, Jurors called & sworn, witnesses called and sworn, filed. (88-514-01) | | | | |
| -- | " | 24 | Trial of 5/23/89 resumes, filed. (88-514-01) | | | | |
| -- | " | 25 | Trial of 5/24/89 resumes, filed. (88-514-01) | | | | |
| -- | " | 30 | MEMORANDUM AND ORDER KATZ, J., THAT GOVT'S MOTION IN LIMINE RE POLYGRAPH EVIDENCE IS GRANTED, COUNSEL MAY NOT REFER TO ANY POLYGRAPH EVIDENCE, FILED. (88-514-01) 5/30/89 entered & copies mailed. SCANNED | MK | | | |
| -- | " | 30 | Trial of 5/25/89 resumes re: Macentee moves for mistrial-Denied, filed. (88-514-01) | | | | |
| -- | " | 30 | Trial of 5/26/89 resumes, filed. (88-514-01) | | | | |
| -- | " | 31 | Trial of 5/30/89 resumes, filed. (88-514-01) | | | | |
| -- | " | 31 | Affidavit of Robert E. Goldman, AUSA and James T. McAleer, Special Agent F.B.I. re: Pre-Polygraph examination interview, filed. (88-514-01) | | | | |
| -- | Jun. | 1 | Trial of 5/31/89 resumes re: Motions for directed verdict - Denied, filed. (88-514-01) | | | | |
| -- | " | 2 | Trial of 6/1/89 resumes, filed. (88-514-01) | | | | |
| -- | " | 5 | Trial of 6/2/89 resumes re: Motions for directed Verdict - Denied, filed. (88-514-01) | | | | |
| -- | " | 6 | Trial of 6/5/89 resumes, filed. (88-514-01) | | | | |
| -- | " | 7 | Trial of 6/6/89 resumes re: Jury returns a verdict; VERDICT: GUILTY TO CTS. 1,4,5, Motion for release - Denied, Presentence report ordered, Sentence set for 7/14/89 at 9:30 a.m., filed. (88-514-01) | | | | |
| -- | " | 7 | Verdict Sheet, filed. (88-514-01) | | | | |
| 19 | " | 13 | Copy of appointment of and authority to pay court appointed counsel pursuant to CJA 20, filed. | | | | |
| | | | ( O V E R ) | | | | |
| | | | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 1989 | | | | | | |
| Jun 16 | -- | Letter Acknowledging return of Govt's Exhibits on 6/15/89, filed. (88-514-01) | | | | |
| " 20 | 20 | DEFT'S MOTION FOR NEW TRIAL, CERT. OF SERVICE, FILED. | | | | |
| " 21 | 21 | ORDER THAT THE ATTACHED TYPEWRITTEN VERBATIM COPY OF A LETTER SUBMITTED TO THE COURT SHALL BE FILED AND COPIES SHALL BE SENT TO COUNSEL, FILED. 6/22/89 entered & copies mailed. | MK | | | |
| " 21 | (21) | Letter dated 6/18/89 to Judge Katz re: "Sentencing", filed. | | | | |
| Jul. 7 | 22 | Govt's response to deft's motion for new trial, memorandum, cert. of service, filed. | | | | |
| " 10 | 23 | ORDER DATED 7/7/89 THAT THE DEFT'S MOTION FOR NEW TRIAL IS DENIED, FILED. 7/11/89 entered & copies mailed. | MK | | | |
| " 12 | -- | Govt's Sentencing Memorandum, filed. (88-514-01) | | | | |
| " 13 | 24 | Deft's Sentencing Memorandum, filed. | | | | |
| " 14 | -- | Transcript of 6/5/89, filed. (88-514-01) | | | | |
| " 18 | 25 | ORDER DATED 7/14/89 CLARIFYING THE PRESENTENCE REPORT IN ACCORDANCE WITH RULE 32(c)(3)(D), ETC., FILED. 7/19/89 entered & copies mailed. | MK | | | |
| " 18 | -- | SENTENCE OF 7/14/89:<br>Ct. 1 - Impr. 5 yrs.<br>Cts. 4 & 5 - Impr. 5 yrs., Lifetime Special Parole, Impr. to run concurrent, filed. (88-514-01) | | | | |
| " 18 | 26 | JUDGMENT AND COMMITMENT ORDER DATED 7/14/89, FILED. 7/19/89 entered. | MK | | | |
| " 19 | -- | Transcript of 6/5/89 & 6/6/89, filed. | | | | |
| " 19 | 27 | Deft's Notice of Appeal, filed. (USCA # 89-1608) (copies to: USCA, AUSA, L. Lipschitz, Pre-Trial, D. Spitz) | | | | |
| " 19 | 28 | Copy of Clerk's Notice to USCA, filed. | | | | |
| Aug. 3 | -- | Transcript of 5/22/89, filed. (88-514-01) | | | | |
| " 3 | -- | Transcript of 5/23/89, filed. (88-514-01) | | | | |
| " 3 | -- | Transcript of 5/24/89, filed. (88-514-01) | | | | |
| " 3 | -- | Transcript of 5/25/89, filed. (88-514-01) | | | | |
| " 3 | -- | Transcript of 5/26/89, filed. (88-514-01) | | | | |
| " 3 | -- | Transcript of 5/30/89, filed. (88-514-01) | | | | |
| " 3 | -- | Transcript of 5/31/89, filed. (88-514-01) | | | | |
| " 3 | -- | Transcript of 6/1/89, filed. (88-514-01) | | | | |
| " 3 | -- | Transcript of 6/2/89, filed. (88-514-01) | | | | |
| " 3 | -- | Transcript of 6/2/89, re: "Speeches", filed. (88-514-01) | | | | |
| Sept. 6 | -- | RECORD COMPLETE FOR PURPOSES OF APPEAL. | | | | |
| " 7 | -- | Transcript of 6/6/89, filed. (88-514-01) | | | | |
| " 7 | -- | Transcript of 6/7/89, filed. (88-514-01) | | | | |
| " 29 | -- | Tape of hearing, 7/14/89, filed. (C.R. Tape #293) | | | | |
| Oct. 18 | 29 | Certified copy of Motion & Order from USCA to vacate appointment of counsel and to appoint new counsel for appellant is Granted, filed. | | | | |
| Nov. 6 | 30 | Copy of Transcript Purchase Order, filed. | | | | |
| " 17 | 31 | Transcript of 7/14/89, filed. | | | | |

CONTINUED...

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET** *U. S. vs* WAREHAM, WILLIS
a/k/a "the Boxer"

AO 256A

88 | 00514 | 03
Yr. | Docket No. | Def.

| DATE 1990 (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 32 May 2 | Certified copy of Order from USCA that the Judgment of the District Court entered on 7/14/89 is affirmed, filed. | | | | |
| 33 Jul. 19 | DEFT'S MOTION TO REDUCE SENTENCE UNDER RULE 35(b), CERT. OF SERVICE, FILED. | | | | |
| 34 " 30 | DEFT'S MOTION FOR HEARING ON THE MOTION FOR REDUCTION OF SENTENCE, CERT. OF SERVICE, FILED. | | | | |
| 35 Aug. 24 | Govt's reply to deft's motion for reduction of sentence, and reply to motion for hearing on motion for reduction of sentence, cert. of service, filed. | | | | |
| 36 Sep. 4 | ORDER THAT THE DEFT'S MOTION FOR REDUCTION OF SENTENCE IS DENIED, FILED. 9/5/90 entered & copies mailed. | MK | | | |
| 37 " 25 | ORDER THAT THE ATTACHED LETTER SHALL BE FILED BY THE CLERK AND THE GOVT. SHALL RESPOND WITHIN 30 DAYS, FILED. 9/26/90 entered & copies mailed. | MK | | | |
| (37) " 25 | DEFT'S PRO-SE MOTION FOR RETURN OF DEFT'S MONEY, FILED. | | | | |
| 38 Oct. 24 | Govt's reply to deft's motion for return of money, cert. of service, filed. | | | | |
| 39 " 25 | ORDER DATED 10/24/90 THAT DEFT'S MOTION FOR RETURN OF MONEY IS GRANTED, FILED. 10/26/90 ENTERED AND COPIES MAILED. (ORIGINAL TO FISCAL) | MK | | | |
| 40 Nov. 6 | DEFT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28:2255, MEMORANDUM IN SUPPORT, FILED. | | | | |
| 41 " 6 | DEFT'S MOTION FOR APPOINTMENT OF COUNSEL, BRIEF IN SUPPORT, FILED. | | | | |
| 42 " 6 | ORDER THAT THE GOVT. SHALL RESPOND TO DEFT'S MOTION UNDER 28:2255 WITHIN 30 DAYS, FILED. 11/8/90 entered & copies mailed. | MK | | | |
| 43 " 19 | DEFT'S PRO-SE MOTION TO CORRECT ERRORS IN PRESENTENCE REPORT, CERT. OF SERVICE, FILED. | | | | |
| 44 Dec. 6 | ORDER THAT DEFT'S MOTION TO CORRECT ERRORS IN PRESENTENCE REPORT IS DENIED, ETC., FILED. 12/6/90 entered & copies mailed. | MK | | | |
| 45 " 12 | Govt's reply to deft's motion to vacate sentence pursuant to 28:2255, cert. of service, filed. | | | | |
| (45) " 13 | ORDER THAT DEFT'S MOTION TO VACATE SENTENCE PURSUANT TO 28:2255 IS DENIED, FILED. 12/14/90 entered & copies mailed. | MK | | | |
| 1991 | | | | | |
| 46 Jan. 28 | ORDER THAT THE ATTACHED LETTER DATED 1/23/91 SHALL BE FILED BY THE CLERK AND COPIES SENT TO BOTH SIDES, FILED. 1/29/91 entered & copies mailed. | MK | | | |
| (46) " 28 | Letter dated 1/23/91 from Deft. to Judge Katz re: request for return of Money, filed. | | | | |
| 47 Feb. 4 | ORDER THAT THE ATTACHED LETTER DATED 1/30/91 SHALL BE FILED BY THE CLERK AND A COPY FORWARDED TO THE ATTORNEY FOR THE GOVT., WHO SHALL REPLY AND SUBMIT AN APPROPRIATE FORM OF ORDER WITHIN 10 DAYS, FILED. (copy of letter attached) 2/5/91 entered & copies mailed. | | | | |
| | OVER | | | | |

SCANNED

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE 1991 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 48 Feb. 4 | Deft's letter dated 1/30/91 re: Deft's Notice of Appeal, filed. (copies to: USCA, AUSA, Probation, Katz, J., C. Campoli) | | | | |
| 49 " 4 | Copy of Clerk's Notice to USCA, filed. (USCA # 91-1104) | | | | |
| -- " 6 | ORIGINAL RECORD TRANSMITTED TO U.S.C.A. (Pleadings #37,38, 39,45,46 not included) | | | | |
| 50 " 25 | ORDER THAT THE ATTACHED LETTER SHALL BE FILED AND THE GOVT. IS REQUESTED TO RESPOND WITHIN 10 DAYS, ETC., FILED. 2/26/91 entered & copies mailed. | MK | | | |
| (50) " 25 | DEFT'S PRO-SE LETTER MOTION FOR RECONSIDERATION OF THE DENIAL OF THE 2255 MOTIONS WITH MOTION TO PROCEED IN FORMA PAUPERIS, FILED. | | | | |
| 51 Mar. 8 | Govt's response to deft's request for reconsideration of his 28:2255 motions, Cert. of Service, filed. | | | | |
| 52 " 11 | ORDER THAT DEFT'S REQUEST FOR RECONSIDERATION OF HIS 28:2255 MOTION IS DENIED, FILED. 3/11/91 entered & copies mailed. | MK | | | |
| 53 May 15 | ORDER THAT THE ATTACHED LETTER SHALL BE FILED BY THE CLERK AND COPY SENT TO THE GOVT. ATTORNEY, FILED. 5/16/91 entered & copies mailed. | MK | | | |
| (53) " 15 | Letter dated 5/13/91 from deft. to Judge Katz re: return of personal items, filed. | | | | |
| 54 Aug. 7 | CERTIFIED COPY OF ORDER RECEIVED FROM USCA, THAT THE JUDGMENT OF THE DISTRICT COURT IS AFFIRMED, FILED. | | | | |
| -- " 7 | ORIGINAL RECORD ON APPEAL RETURNED. | | | | |
| 2000 | | | | | |
| 55 Dec 18 | ORDER DATED 12/18/00 THAT THE ATTACHED COMMUNICATION SHALL BE FILED BY THE CLERK AND COPIES FORWARDED TO THE PAROLE COMMISSION. THE PAROLE COMMISSION IS REQUESTED TO ADVISE THE COURT AND THE PARTIES WHAT ACTION HAS BEEN TAKEN WITH RESPECT TO THE COURT'S ORDER OF 10/13/00, FILED. 12/20/00 ENTERED. 12/18/00 COPIES FAXED BY CHAMBERS. | MK | | | |
| (55) " 18 | Letter dated 12/15/00 to Judge Katz from Marc Neff re: U.S. Parole Commission, filed. | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

CRIMINAL DOCKET U.S. District Court

| PO | Misd. | Felony ☒ | District 0313 | Off 2 | Assigned 1343MK |
|---|---|---|---|---|---|

U.S. vs. (LAST, FIRST, MIDDLE) YOUNG, PHILLIP

JS-3 7/89

Case Filed: Mo. 11 Day 29 Yr. 88 — Docket No. 00514 — Def. 04

No. of Def's 07

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to Manufacture and Distribute Methamphetamine, a Schedule II non-narcotic controlled substance Ct. 1 | 1 |
| 21:841(a)(1) | Possession with Intent to Distribute Methamphetamine Cts. 14,16,17,23 | 4 |
| 21:841(a)(1) | Distribution of Methamphetamine Ct. 24 | 1 |
| 18:2 | Aiding and Abetting Cts. 14,16,17,23,24 | 5 |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: arrest, sum'ns, custody, appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE 11-30-88 APPLICABLE — Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver

KEY DATE — a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Ind Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE — Dismissal; Pled guilty; Nolo; After N.G.; After nolo; Trial (voir dire) began; Jury; N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds W.P. WOP on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## III. MAGISTRATE

| | DATE | INITIAL/NO. |
|---|---|---|
| Search Warrant — Issued | | |
| Search Warrant — Return | | |
| Summons — Issued | | |
| Summons — Served | | |
| Arrest Warrant Issued | | |
| COMPLAINT | | |

INITIAL APPEARANCE DATE — PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled — Date Held — WAIVED — NOT WAIVED — INTERVENING INDICTMENT — Tape Number — INITIAL/NO.

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest — OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information:

RULE 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U.S. Attorney or Asst.

Robert E. Goldman, Esq., AUSA

Defense: 1 ☐ CJA. 2 ☒ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD. 7 ☐ CD

Michael F. Dunn, Esq.
2745 Limekiln Pike
North Hills, PA. 19038

SCANNED

BAIL • RELEASE

PRE INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep., Surety Bnd, Collateral, 3rd Prty, Other; Date Set; Bail Not Made; Date Bond Made

POST-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep., Surety Bnd, Collateral, 3rd Prty, Other; Date Set; Bail Not Made; Date Bond Made

APPEALS FEE PAYMENTS

Docket Entries Begin On Reverse Side

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

DATE | DOCUMENT NO. | 88 00514 04 | MASTER DOCKET - MULTIPLE DEFENDANT CASE | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| DATE | | PROCEEDINGS | EXCLUDABLE DELAY |
|---|---|---|---|
| 1988 | | | |
| -- Nov | 29 | TRUE BILL | |
| 1 " | 29 | MOTION AND ORDER FOR BENCH WARRANT, FILED. WARRANT EXIT Bail to be entered in the sum of $50,000 cash | TGL |
| -- " | 29 | MOTION AND ORDER THAT THE DOCKET PAPERS ARE TO BE IMPOUNDED FOR A PERIOD NOT TO EXCEED 15 DAYS, FILED. | TGL |
| -- " | 30 | Letter Unimpounding Indictment, filed. | |
| 2 Dec. | 21 | PLEA: NOT GUILTY TO CTS. 1,14,16,17,23 & 24, Deft. allowed 10 days to file motions, Trial set for 2/7/89 at 10:00 A.M., FILED. | PBS |
| 3 " | 21 | Appearance of Michael F. Dunn, Esq., filed. | |
| -- " | 21 | Bond in the sum of $50,000 - O/R, filed. | |
| 4 " | 27 | Warrant returned "executed 12/21/88", filed. | |
| 1989 | | | |
| 5 Feb. | 8 | CHANGE OF PLEA: GUILTY TO CTS. 1 & 14, Pre-Sentence report ordered, Bail Continued, Sentence set for 4/19/89 at 9:30 a.m., filed. | |
| 6 " | 8 | Plea Agreement, filed. | |
| 7 " | 8 | Govt's Change of Plea Memorandum, cert. of service, filed. | |
| -- Mar. | 9 | Tape of hearing of 2/8/89, filed. (C.R. Tape #229) | |
| 8 Jul. | 10 | Deft's Sentencing Memorandum, filed. | |
| -- " | 12 | Govt's Sentencing Memorandum, filed. (88-514-01) | |
| -- Jul. | 18 | SENTENCE OF 7/14/89:<br>Ct. 1 - Fine of $10,000.<br>Ct. 14 - ISS - Prob. 5 yrs. with conditions, filed. (88-514-01) | |
| 9 " | 18 | JUDGMENT AND PROBATION ORDER DATED 7/14/89, FILED.<br>7/19/89 entered. | MK |
| 10 " | 20 | GOVT'S MOTION TO DISMISS COUNTS OF INDICTMENT, FILED. | |
| (10) " | 24 | ORDER DISMISSING CTS. 16,17,23 & 24, FILED.<br>7/25/89 ENTERED AND COPIES MAILED. | MK |
| -- SEPT | 28 | Tape of hearing 7/14/89, filed. (C.R. Tape #293) | |
| 1993 | | | |
| 11 Jan | 15 | ORDER DATED 1/14/93 TERMINATING PROBATION PRIOR TO ORIGINAL EXPIRATION DATE, FILED.<br>1/15/93 ENTERED. | MK |
| 2000 | | | |
| 12 jul | 3[illegible] | Satisfaction of Judgment, Filed. | |

CONTINUED TO PAGE ___

CRIMINAL DOCKET U.S. District Court

PO ☐ | Misd. ☐ | Felony ☒

0313 (District) | 2 (Off) | Assigned 1343MK Disp./Sentence (Judge/Magistr.)

☐ WRIT ☐ JUVENILE ☐ ALIAS — OFFENSE ON INDEX CARD

U.S. vs. YERGER, JOHN (LAST, FIRST, MIDDLE) JS-3 7/89
a/k/a "The Earring"
a/k/a "Crazy John"

Case Filed: Mo. 11 Day 29 Yr. 88 | No. of Def's 07 | Docket No. 00514 | Def. 05 | U.S. MAG. CASE NO.

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to Manufacture and Distribute Methamphetamine, a Schedule II non-narcotic controlled substance Ct. 1 | 1 |
| 21:841(a)(1) | Manufacture of Methamphetamine Ct. 22 | 1 |
| 18:2 | Aiding and Abetting Ct. 22 | 1 |

DISM. | NG | GUILTY NOLO

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE: EARLIEST OF ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE 11-30-88 APPLICABLE ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE: a) ☐ 1st appears on pending charge /R40 b) ☐ Receive file R20/21 c) ☐ Supsdg: ☐ Ind't ☐ Inf d) ☐ Order New trial e) ☐ Remand f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE: ☐ Dismissal; Pled ☐ guilty ☐ Nolo; ☐ After N.G. ☐ After nolo; ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP ☐ on def motion ☐ on gov't motion |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO. |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | | |

INITIAL APPEARANCE DATE ▶ | INITIAL/NO.

PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING — Date Scheduled ▶ — Date Held ▶

☐ WAIVED ☐ NOT WAIVED — Tape Number

☐ INTERVENING INDICTMENT

OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest | OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U. S. Attorney or Asst.

Robert E. Goldman, Esq., AUSA

Defense: 1 ☐ CJA. 2 ☒ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD. 7 ☐ CD

Gerald S. Mandlowitz, Esq. (5)
117 South Main Street
Phoenixville, PA. 19460

SCANNED

BAIL • RELEASE

PRE-INDICTMENT: Release Date | ☐ Bail Denied | ☐ Fugitive | ☐ Pers. Rec. | ☐ PSA | AMOUNT SET $ | Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other | Date Set | ☐ Bail Not Made | Date Bond Made

POST-INDICTMENT: Release Date | ☐ Bail Denied | ☐ Fugitive | ☐ Pers. Rec. | ☐ PSA | AMOUNT SET $ | Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other | Date Set | ☐ Bail Not Made | Date Bond Made

FINE AND RESTITUTION PAYMENTS

☐ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

DATE | DOCUMENT NO. 88 00514 05 | MASTER DOCKET - MULTIPLE DEFENDANT CASE | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| DATE | DOCUMENT NO. | PROCEEDINGS | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| 1988 | | | | | |
| -- Nov | 29 | TRUE BILL | | | |
| 1 " | 29 | MOTION AND ORDER FOR BENCH WARRANT, FILED. WARRANT EXIT Bail to be entered in the sum of $10,000 O/R | TGL | | |
| -- " | 29 | MOTION AND ORDER THAT THE DOCKET PAPERS ARE TO BE IMPOUNDED FOR A PERIOD NOT TO EXCEED 15 DAYS, FILED. | TGL | | |
| -- " | 30 | Letter Unimpounding Indictment, filed. | | | |
| 2 Dec. | 21 | PLEA: GUILTY TO CTS. 1 & 22, presentence report ordered, Sentence set for 3/3/89 at 9:30 a.m., filed. | | | |
| 3 " | 21 | Plea Agreement, filed. | | | |
| -- " | 21 | Bond in the sum of $10,000 - O/R, filed. | | | |
| 4 " | 21 | Govt's Change of Plea Memorandum, filed. | | | |
| 5 Feb. | 2 | Appearance of Gerald S. Mandlowitz, Esq., filed. | | | |
| 1989 | | | | | |
| 6 Jul. | 14 | MOTION AND ORDER DATED 7/13/89 THAT THE INDICTMENT AGAINST JOHN YERGER IS DISMISSED, FILED. 7/14/89 entered & copies mailed. | MK | | |
| 1994 | | | | | |
| 7 Jul | 6 | Warrant Returned: " On 12/21/88 Executed", filed. | | | |

CONTINUED TO PAGE ___

CRIMINAL DOCKET U.S. District Court

| PO / Misd. / Felony X | District | Off | Assigned / Judge/Magistr. | | Last, First, Middle | Case Filed Mo. Day Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|
| Felony | 0313 | 2 | 1343MK | WRIT / JUVENILE / ALIAS — VS. | DiSALVO, JOHN a/k/a "Jumbo" JS-3 10/89 | 11 29 88; No. of Def's 07 | 00514 | 06 |

OFFENSE ON INDEX CARD

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to Manufacture and Distribute Methamphetamine, a Schedule II non-narcotic controlled substance Ct. 1 | 1 |
| 21:841(a)(1) | Possession with Intent to Distribute Methamphetamine Cts. 18,19,21 | 3 |
| 21:841(a)(1) | Possession with intent to Distribute P2P, a Schedule II non-narcotic controlled substance Ct. 20 | 1 |
| 18:2 | Aiding and Abetting Cts. 18,19,2021 | 4 |

DISM. NG | GUILTY NOLO

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE: EARLIEST OF (arrest / sum'ns / custody / appears-on complaint)

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE: 11-30-88 APPLICABLE (Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver)

KEY DATE: a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Indt Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE (Dismissal; Pled guilty / Nolo — After N.G. / After nolo; Trial (voir dire) began — Jury / N.J.)

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds W.P. WOP on def motion / on gov't motion |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|
| Search Warrant — Issued | | | INITIAL APPEARANCE DATE | | DISMISSED |
| Search Warrant — Return | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons — Issued | | | Date Held | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Summons — Served | | | | | |
| Arrest Warrant Issued | | | WAIVED / NOT WAIVED | Tape Number | |
| COMPLAINT | | | INTERVENING INDICTMENT | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE 20 21 40 In Out

## ATTORNEYS

U. S. Attorney or Asst.

Robert E. Goldman, Esq., AUSA

Defense: 1 ☐ CJA. 2 ☐ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD. 7 ☐ CD

Robert S. Robbins, Esq. (4)
Suite 1606 One East Penn Square
Phila. Pa. 19107

John DiSalvo (17)
1300 Lombard St. APT # 416
Phila. PA 19147

IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

## BAIL • RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep., Surety Bnd, Collateral, 3rd Prty, Other; Date Set; Bail Not Made; Date Bond Made

POST-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep., Surety Bnd, Collateral, 3rd Prty, Other; Date Set; Bail Not Made; Date Bond Made

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

DATE
DOCUMENT NO. 88 00514 06

MASTER DOCKET - MULTIPLE DEFENDANT CASE PAGE ___ OF ___
PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

VI EXCLUDABLE DELAY

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| DATE | DOCUMENT NO. | | V. PROCEEDINGS | Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|
| 1988 | | | | | | |
| -- | Nov | 29 | True Bill | | | |
| 1 | " | 29 | MOTION AND ORDER FOR BENCH WARRANT, FILED. WARRANT EXIT No Bail Entered | TGL | | |
| -- | " | 29 | MOTION AND ORDER THAT THE DOCKET PAPERS ARE TO BE IMPOUNDED FOR A PERIOD NOT TO EXCEED 15 DAYS, FILED. | TGL | | |
| -- | " | 30 | Letter Unimpounding Indictment, filed. | | | |
| 2 | Dec. | 14 | ORDER DATED 12/13/88 THAT THE WARDEN OF F.C.I. IN PETERSBURG, VIRGINIA AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 12/29/88 AT 10:00 A.M. FOR ARRAIGNMENT, FILED. 12/15/88 entered. | MK | | |
| 3 | " | 29 | PLEA: NOT GUILTY TO CTS. 1,18,19,20,21, Trial set for 2/7/89 at 10:00 A.M., filed. | WFH | | |
| 1989 | | | | | | |
| 4 | Jan | 5 | Copy of Appointment of and Authority to Pay Court Appointed Counsel under the CJA Act, filed. 1/6/89 Entered. | TGL | | |
| -- | " | 23 | GOVT'S MOTION TO ADMIT TAPE RECORDINGS, MEMORANDUM, CERT. OF SERVICE, FILED. (88-514-01) | | | |
| -- | " | 25 | ORDER DATED 1/24/89 THAT EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING OF THE GOVT'S MOTION TO ADMIT TAPE RECORDINGS, FILED. (88-514-01) 1/25/89 entered & copies mailed. | | | |
| 5 | Feb. | 2 | Deft's statement of no opposition and joinder in motion for continuance of Deft. Mac Entee, filed. | | | |
| -- | " | 16 | ORDER THAT ALL PARTIES SHALL FILE ONE COPY OF RECORD AND THREE COURTESY COPIES OF PROPOSED NUMBERED POINTS FOR CHARGE AND PROPOSED VOIR DIRE QUESTIONS BY 3/8/89, ETC., FILED. (88-514-01) 2/16/89 entered & copies mailed. | MK | | |
| 6 | Mar. | 3 | Govt's change of plea memorandum, cert. of service, filed. | | | |
| 7 | " | 7 | CHANGE OF PLEA OF 3/3/89: GUILTY TO CTS. 1 & 21, Presentence report ordered, bail continued, sentence fixed for 4/19/89 at 9:30 a.m., filed. | | | |
| 8 | " | 7 | Plea Agreement, filed. | | | |
| -- | Apr | 26 | Tape of Hearing of 3/3/89, filed. (CR Tape # 254) | | | |
| 9 | Jun. | 19 | ORDER THAT THE CLERK SHALL FILE THE ATTACHED LETTER AND SEND COPIES OF THIS ORDER AND LETTER TO COUNSEL FOR DEFT. AND THE GOVT., FILED. 6/20/89 entered & copies mailed. | MK | | |
| (9) | " | 19 | Letter dated 5/16/89 from John DiSalvo to Judge Katz re: sentencing, filed. | | | |
| 10 | Jul. | 12 | ORDER THAT THE SENTENCING OF MR. DiSALVO IS CONTINUED, BOTH COUNSEL ARE REQUESTED TO FURNISH FURTHER MEDICAL INFORMATION AND REPORTS WITHIN A REASONABLE TIME, FILED. (letter attached) 7/12/89 entered & copies mailed. | MK | | |
| -- | " | 12 | Govt's Sentencing Memorandum, filed. (88-514-01) | | | |
| 11 | " | 14 | MOTION AND ORDER DATED 7/13/89 THAT SENTENCING IS CONTINUED FOR AN INDEFINITE PERIOD OF TIME PENDING THE MEDICAL TREATMENT AND RECUPERATION OF DEFT., FILED. 7/14/89 entered & copies mailed. | MK | | |
| 12 | Aug. | 17 | Warrant returned "Unexecuted per AUSA", filed. | | | |
| 13 | Oct. | 30 | SENTENCE OF 10/26/89: Ct. 21 - Impr. 2 yrs. to run concurrently with previously imposed sentence, Special Parole of 5 yrs.. Ct. 1 - ISS - Prob. 5 yrs. and Special Assessment of $100.00, filed. | | | |
| 14 | " | 30 | JUDGMENT AND COMMITMENT ORDER DATED 10/26/89, FILED. 10/31/89 entered. | MK | | |

CONTINUED...

CONTINUED TO PAGE ___

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs DiSALVO, JOHN

88 00514 06
Yr. | Docket No. | Def.

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1989 | | | | | |
| 15 Oct. 30 | MOTION & ORDER DISMISSING COUNTS 18,19,20, FILED. 10/31/89 entered & copies mailed. | MK | | | |
| 1999 | | | | | |
| 16 May 20 | ORDER DATED 5/20/99 THAT DEFT'S REQUEST FOR EARLY RELEASE FROM SUPERVISION IS DENIED, FILED. 5/21/99 ENTERED AND COPIES MAILED. | MK | | | |
| 2000 | | | | | |
| 17 Dec 12 | ORDER DATED 12/11/00 THAT UPON CONSIDERATION OF THE ATTACHED REQUEST DATED 12/4/00 AND THE ATTACHED RECOMMENDATION OF THE PROBATION OFFICE DATED 5/19/99, IT IS ORDERED THAT SAID REQUEST DATED 12/4/00, IS DENIED, FILED. 12/14/00 ENTERED AND COPIES MAILED. | MK | | | |
| 2001 | | | | | |
| 18 Apr 10 | ORDER DATED 4/10/01 THAT UPON CONSIDERATION OF THE ATTACHED REQUEST DATED 4/6/01, IT IS ORDERED THAT SAID REQUEST IS DENIED, FILED. 4/10/01 Copy to John DiSalvo. | MK | | | |
| 2003 | | | | | |
| 19 Oct 7 | ORDER DATED 10/7/03THAT THE ATTACHED REQUEST DATED 10/1/03, IS DENIED, FILED. 10/21/03 ENTERED AND COPIES MAILED. | MK | | | |
| 2004 | | | | | |
| 20 Dec 2 | ORDER DATED 12/2/04, THAT UPON CONSIDERATION OF THE ATTACHED COMMUNICATIONS DATED 11/18/04, AND 12/1/04, IT IS ORDERED THAT SAID REQUEST IN THE LETTER DATED 11/18/04, IS DENIED. | MK | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

CRIMINAL DOCKET U.S. District Court

| PO ☐ | 0313 | 2 | 1343MK | WRIT / JUVENILE / ALIAS | U.S. vs. (LAST, FIRST, MIDDLE) | Case Filed Mo. Day Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|
| Misd. ☐ / Felony ☒ | District | Off | Assigned Judge/Magistr. / Disp./Sentence | OFFENSE ON INDEX CARD | DiFERDINANDO, DOMINIC a/k/a "Dante" JS-3 7/89 | 11 29 88 | 00514 | 07 |

No. of Def's: 07 · U.S. MAG CASE NO.

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to Manufacture and Distribute Methamphetamine, a Schedule II non-narcotic controlled substance Ct. 1 | 1 |
| 21:841(a)(1) | Distribution of Methamphetamine Ct. 15 | 1 |

SUPERSEDING COUNTS · DISM. · NG · GUILTY · NOLO

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: arrest / sum'ns / custody / appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE: 11-30-88 — APPLICABLE: Indictment filed/unsealed / consent to Magr. trial on complaint / Information / Felony-W/waiver

KEY DATE — a) 1st appears on pending charge /R40 b) Receive file R20/21 c) Supsdg: Indt Inf d) Order New trial e) Remand f) G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE: Dismissal / Pled guilty / Nolo — After N.G. / After nolo — Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|
| Search Warrant Issued | | | INITIAL APPEARANCE DATE | | DISMISSED |
| Search Warrant Return | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons Issued | | | Date Held | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Summons Served | | | | | |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | |
| COMPLAINT | | | ☐ INTERVENING INDICTMENT | | |

Date of Arrest | OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information:

RULE 20 21 40 In Out

## ATTORNEYS

U. S. Attorney or Asst.

Robert E. Goldman, Esq., AUSA

Defense: 1 ☐ CJA. 2 ☒ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD. 7 ☐ CD

Gerald A. Stein, Esq.(7)
600 One East Penn Square Bldg.
Phila., PA. 19107

SCANNED

IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

BAIL • RELEASE

PRE INDICTMENT: Release Date · Bail Denied · Fugitive · Pers. Rec. · PSA · AMOUNT SET $ · Conditions: 10% Dep. · Surety Bnd · Collateral · 3rd Prty · Other · Date Set · ☐ Bail Not Made · Date Bond Made

POST-INDICTMENT: Release Date · Bail Denied · Fugitive · Pers. Rec. · PSA · AMOUNT SET $ · Conditions: 10% Dep. · Surety Bnd · Collateral · 3rd Prty · Other · Date Set · ☐ Bail Not Made · Date Bond Made

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

DATE | DOCUMENT NO. | 88 00514 07 | MASTER DOCKET · MULTIPLE DEFENDANT CASE | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE OF

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| DATE | DOC. NO. | PROCEEDINGS | (V) EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| 1988 | | | | | |
| -- Nov | 29 | True Bill | | | |
| 1 " | 29 | MOTION AND ORDER FOR BENCH WARRANT, FILED. WARRANT EXIT<br>Bail to be entered in the sum of $10,000 O/R | TGL | | |
| -- " | 29 | MOTION AND ORDER THAT THE DOCKET PAPERS ARE TO BE IMPOUNDED FOR A PERIOD NOT TO EXCEED 15 DAYS, FILED. | TGL | | |
| -- " | 30 | Letter Unimpounding Indictment, filed. | | | |
| 2 Dec. | 21 | PLEA: GUILTY TO CTS. 1 & 15, Presentence report ordered, Sentence set for 3/3/89 at 9:30 a.m., filed | | | |
| 3 " | 21 | Plea Agreement, filed. | | | |
| -- " | 21 | Bond in the sum of $10,000 - O/R, filed. | | | |
| 4 " | 21 | Govt's Change of Plea Memorandum, filed. | | | |
| 1989 | | | | | |
| 5 Feb. | 3 | Appearance of Gerald A. Stein, Esq., filed. | | | |
| -- Jul. | 12 | Govt's Sentencing Memorandum, filed. | | | |
| -- " | 18 | SENTENCE OF 7/14/89:<br>Ct. 15 - Impr. 6 months, Special Parole of 20 yrs.<br>Ct. 1 - ISS - Prob. 5yrs. with conditions, filed. (88-514-01) | | | |
| 6 " | 18 | JUDGMENT AND COMMITMENT ORDER DATED 7/14/89, FILED.<br>7/19/89 entered. | MK | | |
| 7 " | 19 | Warrant returned "Unexecuted per AUSA", filed. | | | |
| 8 " | 28 | DEFT'S MOTION FOR REDUCTION OF SENTENCE, MEMORANDUM, CERT. OF SERVICE, FILED. | | | |
| 9 AUG | 04 | ORDER TAHT DEFT'S MOTION FOR REDUCTION OF SENTENCE IS DENIED:, FILED.<br>8/7/89 entered & copies mailed. | MK | | |
| -- SEPT | 28 | Tape of hearin, 7/14/89, filed. (C.R. Tape #293) | | | |
| 10 " | 28 | Certified copy of J & C returned "Surrendered 9/14/89", filed. | | | |
| 11 Nov. | 15 | Transcript of 12/21/88, filed. | | | |
| 1998 | | | | | |
| 12 Sept | 23 | ORDER DATED 9/19/98 TERMINATING PROBATION PRIOR TO ORIGINAL EXPIRATION DATE, FILED.<br>9/24/98 ENTERED. | MK | | |

CONTINUED TO PAGE